FILED

2023 MAR -2 AM 9:47

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: ___TV___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: 2:23-MJ-00976 |
|---|---|
| PLAINTIFF | |
| V. | |
| ADRIAN DORIN CORCHES | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: **3/1/23**  **0615**   ☑ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☐ No

4. Charges under which defendant has been booked:

   **18 USC 1092(a)(2) USE OF UNAUTHORIZED ACCESS DEVICE**

5. Offense charged is a:   ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☐ No   ☑ Yes   Language: **ROMANIAN**

7. Year of Birth: **1972**

8. Defendant has retained counsel:   ☐ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: **DUTY**

10. Remarks (if any): **None**

11. Name: **Jacqueline Cenan** (please print)

12. Office Phone Number: **(202) 355-3210**   13. Agency: **USSS**

14. Signature: _[signed]_   15. Date: **3-2-23**

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION