Reset

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
MAR 2 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

United States of America )
v. )
Adrian Corhs )  Case No.
_____ )  2:23-mj-976
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 3/2/23

_____
Defendant's signature

_____
Signature of defendant's attorney

I have translated this Waiver of Preliminary Hearing to the defendant in the _ROMANIAN_ language.

Date: 3/2/2023

_____
Signature of Interpreter

CR-110 (06/12)          Waiver of a Preliminary Hearing